IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
MAR 0 1 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 15-CR-30153-SMY ) ) |
| MIGUEL VASQUEZ TORRES, | ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant:

1. In May 2015, the Federal Bureau of Investigation received a lead from the National Center for Missing and Exploited Children (NCMEC) CyberTipline, through the Illinois Internet Crimes Against Children (ICAC) Taskforce, regarding an individual who was uploading child pornography to a Photobucket.com cloud storage account identified as transmetalero777.

2. A search warrant was obtained for the Photobucket.com account which revealed that the account belonged to the Defendant, Miguel Angel Vasquez Torres, and that the account contained numerous videos and images of prepubescent males and females engaged in sexual acts involving penetration.

3. Based upon further investigation, a federal search warrant was obtained for the Defendant's residence. The Defendant was present at the residence when the search warrant was executed. Among the items seized from the residence was a white and

silver Apple iPhone 5, IMEI: 990002757743495 and a Samsung Galaxy SIII, SCH-S960L, MEID; 99000335313194.

4. The Defendant was advised of his Miranda rights and agreed to speak with law enforcement officers at the Clinton County Sheriff's Department. During the interview, the Defendant admitted to downloading and distributing video files containing child pornography. He stated that he used an internet-based messaging application on his Apple iPhone5 to receive and distribute the child pornography files.

5. During the interview, Torres also admitted that he had been sexually abusing a minor, identified herein as Minor Victim, for several years and that he had produced sexually explicit photographs of his abuse of Minor Victim.

6. Minor Victim was subsequently interviewed and disclosed that the Defendant sexually abused Minor Victim over the course of approximately four years, starting when Minor Victim was approximately 13 years old. Minor Victim also stated that the Defendant had taken photographs of Minor Victim during the course of the sexual abuse.

7. The forensic examination of the Apple iPhone5 revealed approximately 22 video files containing child pornography. One of the video files recovered, identified as 5892380372f8868ebceb5c0888b496d4.mp4, depicts an adult male vaginally penetrating a female toddler and was distributed from the Defendant's iPhone5 on May 4, 2015 using an internet-based messaging system. Another video file recovered, identified as 6f5be101a85fabbc32218ae469e68531.mp4, depicts an adult male inserting his penis into the mouth of a female toddler and was received on the

Defendant's iPhone5 on May 4, 2015 using the same internet-based messaging system.

8. The forensic examination of the Samsung Galaxy SIII, SCH-S960L, MEID; 99000335313194 revealed approximately 440 images which depict the Defendant's sexual abuse of Minor Victim and the lascivious display of Minor Victim's genitals.

9. The Apple iPhone 5 (IMEI: 990002757743495) and the Samsung Galaxy SIII (SCH-S960L, MEID; 99000335313194) that that Defendant used to produce, distribute and receive child pornography and some or all of their component parts were manufactured outside of the state of Illinois and therefore contained materials that had been mailed, shipped or transported in interstate or foreign commerce or in a manner affecting interstate or foreign commerce.

10. This stipulation of facts in intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the Defendant's criminal activity involving Counts 1, and 3 charged in the Superseding Indictment or other relevant conduct.

11. All of these events occurred in the Southern District of Illinois.

JAMES L. PORTER
Acting United States Attorney

*MIGUEL ANGEL VAZQUEZ TORRES*
MIGUEL ANGEL VASQUEZ TORRES
Defendant

*Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*Daniel J. Cronin*
DANIEL CRONIN
Attorney for Defendant

Date: 3-1-16

Date: 3.1.16

3